**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| James Swinney, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:20-cv-02316-ACR |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Islamic Republic of Iran, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING EXECUTION AND ATTACHMENT**

This matter COMES NOW before the Court on Plaintiffs' Motion for Order Authorizing Execution and Attachment pursuant to 28 U.S.C. § 1610(c). Upon consideration of the Motion, applicable case law, and the record in this matter:

It is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs effected service of their default judgment on the Islamic Republic of Iran on December 8, 2025 and a reasonable time has elapsed since that date. Accordingly, pursuant to 28 U.S.C. § 1610(c), this Court holds that Plaintiffs may now pursue attachment and enforcement efforts to satisfy their judgment.

**SO ORDERED.**

Dated: ______________________

______________________
Honorable Ana C. Reyes
United States District Judge