**United States Department of State**

***Washington, D.C. 20520***

February 11, 2026

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

**Re: *James Swinney, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-2316-ACR**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of an Order, Plaintiffs' Notice of Entry of Default Judgment, and Notice of Default Judgment to the Islamic Republic of Iran the Iranian Ministry of Intelligence and Security and the Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. Section 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes No. 1109-IE, 1110-IE and 1111-IE, each dated November 20, 2025 and delivered on December 8, 2025. Certified copies of the diplomatic notes are enclosed.[1]

Sincerely,

RECEIVED
Mailroom
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Michael McPherson
Paralegal Specialist
Office of the Legal Adviser
L/CA/POG/GC

RECEIVED
Mailroom
FEB 13 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc: Caitlyn Miller
Aylstock Witkin Kreis Overholz
17 East Main St., Suite 200
Pensacola, FL 32502