# SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

certify under penalty of perjury under the laws of the United States that the foregoing is ue and correct.

(Signature of Consular Officer)

Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)



RECEIVED
Mailroom
FEB 13 2026
Angela D. Caesar, Clerk of Clerk
S. District Court, District of Columbia

...schaft
...svizzera
...run svizra
. ederal Department of Foreign Affairs FDFA

038000

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28633 dated October 15, 2025, regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**- James Swinney, et al. v. Islamic Republic of Iran, et al., 1:20-cv-2316-ACR**
Note 1109-IE, addressed to the Islamic Republic of Iran

dated November 20, 2025, and proof of service, dated December 09, 2025, as well as the certification by the Swiss Federal Chancellery dated December 16, 2025.

The section has received the above-mentioned documents on October 27, 2025. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on December 08, 2025. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, December 16, 2025

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

<u>*Enclosure(s) mentioned*</u>

<u>To the</u>
<u>Embassy of the</u>
<u>United States of America</u>

<u>Berne</u>

...enschaft
... svizzera
...ziun svizra

Federal Department of Foreign Affairs FDFA

038001

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28633 dated October 15, 2025, regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**- James Swinney, et al. v. Islamic Republic of Iran, et al., 1:20-cv-2316-ACR**
Note 1110-IE, addressed to the Iranian Ministry of Intelligence and Security

dated November 20, 2025, and proof of service, dated December 09, 2025, as well as the certification by the Swiss Federal Chancellery dated December 16, 2025.

The section has received the above-mentioned documents on October 27, 2025. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on December 08, 2025. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, December 16, 2025

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

Enclosure(s) mentioned

To the
Embassy of the
United States of America

Berne

-nschaft
-a Svizzera
-aziun svizra

Federal Department of Foreign Affairs FDFA

038002

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28633 dated October 15, 2025, regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:
**- James Swinney, et al. v. Islamic Republic of Iran, et al., 1:20-cv-2316-ACR**
Note 1111-IE, addressed to the Islamic Revolutionary Guard Corps

dated November 20, 2025, and proof of service, dated December 09, 2025, as well as the certification by the Swiss Federal Chancellery dated December 16, 2025.

The section has received the above-mentioned documents on October 27, 2025. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on December 08, 2025. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, December 16, 2025

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

*Enclosure(s) mentioned*

To the
Embassy of the
United States of America

Berne

# SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I, Scott M. DRISKEL, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 28633 dated October 15, 2025, which was transmitted to the Swiss Ministry of Foreign Affairs on October 15, 2025, for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

(Signature of Consular Officer)

Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)

RECEIVED
Mailroom
FEB 13 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

*Embassy of the United States of America*

October 15, 2025

CONS NO. 28633

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – James Swinney, et al. v. Islamic Republic of Iran, et al., 1:20-cv-2316-ACR

REF: ----

The Department of State has requested the delivery of the enclosed Order, Plaintiffs' Notice of Entry of Default Judgment, and Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter James Swinney, et al. v. Islamic Republic of Iran, et al., 1:20-cv-2316-ACR.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There are three defendants to be served in this case: the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, and the Islamic Revolutionary Guard Corps. The American Interests Section should transmit the Order, Plaintiffs' Notice of Entry of Default Judgment, and Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are three appropriate parts of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

EMBASSY OF THE UNITED STATES OF AMERICA BERN

**..N TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the ***James Swinney, et al. v. Islamic Republic of Iran, et al.,*** **1:20-cv-2316-ACR** in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order and Plaintiffs' Notice of Entry of Default Judgment herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Plaintiffs' Notice of Entry of Default, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order, Plaintiffs' Notice of Entry of Default Judgment, and Notice of Default Judgment

2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

**_IN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the ***James Swinney, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-2316-ACR** in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order and Plaintiffs' Notice of Entry of Default Judgment herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Plaintiffs' Notice of Entry of Default, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order, Plaintiffs' Notice of Entry of Default Judgment, and Notice of Default Judgment

2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY"**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REVOLUTIONARY GUARD CORPS:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the ***James Swinney, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-2316-ACR** in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order and Plaintiffs' Notice of Entry of Default Judgment herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Plaintiffs' Notice of Entry of Default, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order, Plaintiffs' Notice of Entry of Default Judgment, and Notice of Default Judgment

2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REVOLUTIONARY GUARD CORPS**

## SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Lara LORELLA
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)

RECEIVED
Mailroom
FEB 13 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

…erische Eidgenossenschaft
…dération suisse
…nfederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1109-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit ***James Swinney, et al. v. Islamic Republic of Iran, et al.,*** **1:20-cv-2316-ACR**, in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Order and Plaintiff's Notice of Entry of Default Judgment herewith. The U.S District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Plaintiff's Notice of Entry of Default Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – November 20, 2025

EMBASSY OF SWITZERLAND IN IRAN

Attachments:
1. Order, Plaintiff's Notice of Entry of Default Judgment, and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of Sw… certify herewith that this is a true copy of Diplomatic Note No. 1109-IE, dated Novembe… delivery of this note and its enclosures was attempted on December 08, 2025, but the Ira… of Foreign Affairs refused its acceptance.

Dominique Baeriswyl
Head of the Foreign Interests Section

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN

Tehran – December 09, 2025

**APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by** Dominique Baeriswyl
3. **acting in the capacity of** **Head of the Foreign Interests Section**
4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section, Tehran

**Certified**

5. **at Berne**
6. **the** 16 December 2025
7. **by** Lara Lorella

   **functionary of the Swiss federal Chancellery**
8. **No** 031958
9. **Seal/stamp:**

   Swiss federal Chancellery

10. **Signature:**

SWISS FEDERAL CHANCELLERY

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE- 1109

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی **جیمز سوینی و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده مدنی شماره 1:20-cv-2316-ACR** که در دادگاه ناحیه ای ایالات متحده آمریکا، ناحیه کلمبیا مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده، ناحیه کلمبیا، یک فقره دستور دادگاه و اطلاعیه خواهان ها درباره صدور حکم پیش فرض را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (a)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر دستور دادگاه و اطلاعیه خواهان ها درباره صدور حکم پیش فرض، یک فقره ابلاغیه حکام غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم قصور، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو، مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

EMBASSY OF SWITZERLAND IN IRAN

تهران - بتاریخ ۲۹ آبان ماه ۱۴۰۴ (۲۰ نوامبر ۲۰۲۵)

پیوست: ۱- دستور دادگاه، اطلاعیه خواهان ها درباره صدور حکم پیش فرض و ابلاغیه حکام غیابی،
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**

# SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Lara LORELLA
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)

RECEIVED
Mailroom
FEB 13 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

zerische Eidgenossenschaft
édération suisse
federazione Svizzera
nfederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

o. 1110-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit ***James Swinney, et al. v. Islamic Republic of Iran, et al.,*** **1:20-cv-2316-ACR**, in the U.S. District Court for the District of Columbia. The Iranian Ministry of Intelligence and Security is a defendant in this case. The Embassy transmits an Order and Plaintiff's Notice of Entry of Default Judgment herewith. The U.S District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Plaintiff's Notice of Entry of Default Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – November 20, 2025

EMBASSY OF SWITZERLAND IN IRAN

Attachments:
1. Order, Plaintiff's Notice of Entry of Default Judgment, and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of Sw certify herewith that this is a true copy of Diplomatic Note No. 1110-IE, dated Novemb delivery of this note and its enclosures was attempted on December 08, 2025, but the of Foreign Affairs refused its acceptance.

Dominique Baeriswyl
Head of the Foreign Interests Section

Tehran – December 09, 2025

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN

**APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

**This public document**

2. **has been signed by** Dominique Baeriswyl
3. **acting in the capacity of Head of the Foreign Interests Section**
4. **bears the seal/stamp of**

Embassy of Switzerland US Interests Section, Tehran

**Certified**

5. **at Berne**
6. **the** 16 December 2025
7. **by** Lara Lorella
**functionary of the Swiss federal Chancellery**
8. **No** 031943
9. **Seal/stamp:**

Swiss federal Chancellery

10. **Signature:**

SWISS FEDERAL CHANCELLERY

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE- 1110

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی **جیمز سوینی و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده مدنی شماره 1:20-cv-2316-ACR** که در دادگاه ناحیه ای ایالات متحده آمریکا، ناحیه کلمبیا مفتوح میباشد، جلب می نماید. وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده، ناحیه کلمبیا، یک فقره دستور دادگاه و اطلاعیه خواهان ها درباره صدور حکم پیش فرض را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (a)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر دستور دادگاه و اطلاعیه خواهان ها درباره صدور حکم پیش فرض، یک فقره ابلاغیه حکام غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم قصور، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو، مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

EMBASSY OF SWITZERLAND IN IRAN

تهران - بتاریخ ۲۹ آبان ماه ۱۴۰۴ (۲۰ نوامبر ۲۰۲۵)

پیوست: ۱- دستور دادگاه، اطلاعیه خواهان ها درباره صدور حکم پیش فرض و ابلاغیه حکام غیابی،
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**

# SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Lara LORELLA
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)

RECEIVED
Mailroom
FEB 13 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

ıweizerische Eidgenossenschaft
onfédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1111-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit ***James Swinney, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-2316-ACR**, in the U.S. District Court for the District of Columbia. The Islamic Revolutionary Guard Corps is a defendant in this case. The Embassy transmits an Order and Plaintiff's Notice of Entry of Default Judgment herewith. The U.S District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Plaintiff's Notice of Entry of Default Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – November 20, 2025

EMBASSY OF SWITZERLAND IN IRAN

Attachments:
1. Order, Plaintiff's Notice of Entry of Default Judgment, and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of Swi certify herewith that this is a true copy of Diplomatic Note No. 1111-IE, dated November delivery of this note and its enclosures was attempted on December 08, 2025, but the Ira of Foreign Affairs refused its acceptance.

Dominique Baeriswyl
Head of the Foreign Interests Section

Tehran – December 09, 2025

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN

**APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

**This public document**

2. **has been signed by** Dominique Baeriswyl
3. **acting in the capacity of Head of the Foreign Interests Section**
4. **bears the seal/stamp of**

Embassy of Switzerland US Interests Section, Tehran

**Certified**

5. **at Berne** 6. **the** 16 December 2025
7. **by** Lara Lorella
**functionary of the Swiss federal Chancellery**
8. **No** 031942
9. **Seal/stamp:** 10. **Signature:**

Swiss federal Chancellery

SWISS FEDERAL CHANCELLERY

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره 1111-IE

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی **جیمز سوینی و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده مدنی شماره 1:20-cv-2316-ACR** که در دادگاه ناحیه ای ایالات متحده آمریکا، ناحیه کلمبیا مفتوح میباشد، جلب می نماید. سپاه پاسداران انقلاب اسلامی طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده، ناحیه کلمبیا، یک فقره دستور دادگاه و اطلاعیه خواهان ها درباره صدور حکم پیش فرض را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (a)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر دستور دادگاه و اطلاعیه خواهان ها درباره صدور حکم پیش فرض، یک فقره ابلاغیه حکام غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم قصور، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو، مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ ۲۹ آبان ماه ۱۴۰۴ (۲۰ نوامبر ۲۰۲۵)

EMBASSY OF SWITZERLAND IN IRAN

پیوست: ۱- دستور دادگاه، اطلاعیه خواهان ها درباره صدور حکم پیش فرض و ابلاغیه حکام غیابی،
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**